ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/21/22_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL SPECIALTY INS CO., a foreign
Corporation,

                              Plaintiff,

          - against -

GET REEL FISHING CHARTERS, LLC, a
foreign corporation,

                              Defendant.

22 Civ. 7311 (LLS)

ORDER

        It having been reported to the Court that this action is

settled, it is

        ORDERED, that this action is dismissed with prejudice but

without costs; provided, however, that within thirty (30) days

of the date of the Order either party may apply by letter for

restoration of the action to the Court's calendar.

        So Ordered.

Dated:    New York, New York
          October 21, 2022

                              _Louis L. Stanton_
                              LOUIS L. STANTON
                              U.S.D.J.